1005

[No. 8607-3-I. Division One. January 25, 1982.]

KATHY R. PROPER, *Respondent,* v. FRANCISZEK P. STARCZEWSKI, *Appellant.*

Appeal from a judgment of the Superior Court for King county, No. 852986, Gerard M. Shellan, J., entered February 22, 1980. *Dismissed* by unpublished per curiam opinion.

[No. 8174-8-I. Division One. January 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTONIO VALENTINO TUCKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90411, Carolyn R. Dimmick, J., entered November 8, 1979. *Affirmed* by unpublished opinion per Callow, J., concurred in by James and Ringold, JJ.

[No. 9464-5-I. Division One. January 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES D. HENRY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-03484-3, T. Patrick Corbett, J., entered October 17, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen, C.J., and Ringold, J.

[No. 9760-1-I. Division One. January 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL STEVEN WOLF, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-8-04254-0, William C. Goodloe, J., entered December 3, 1980. *Dismissed* by unpublished per curiam opinion.